# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1772
_____

ARCHIE LEMERE WILLIAMS,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.


May 27, 2026


PER CURIAM.

    DISMISSED as moot.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Archie Lemere Williams, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.